No. 58261.—C. S. Emery & Company v. United States, protests 196048–K, etc. (St. Albans).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of alfalfa meal similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (31 Cust. Ct. 108, C. D. 1553), the claim of the plaintiff was sustained.

No. 58262.—Naumes Forwarding Service v. United States, protest 155881–K/2591 (Chicago).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *E. J. Petrosemolo Co., Inc.*, and *Barian Shipping Co., Inc.* v. *United States* (29 Cust. Ct. 159, C. D. 1461), the claim of the plaintiff was sustained.

No. 58263.—Norge Cabins, Inc., c/o Federal Motorship Corp. v. United States, protest 182264–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the issue herein is similar in all material respects to that involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the merchandise, consisting of "110 pieces of planed planks marked West King Berk West," was not in fact imported. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protest was sustained to this extent.

JULY 8, 1954

No. 58264.—C. J. Tower & Sons v. United States, protests 169097–K and 173167–K.—Protests abandoned May 11, 1954. (Not published.) Plaintiff's application for rehearing granted.